1

2
HONORABLE DAVID W. CHRISTEL
HONORABLE BEJNAMIN SETTLE

3

4

5

6
UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

REBECCA J. LEEPER an individual,

9
                    Plaintiff,

NO.    3:20-cv-05467

10

11
                    v.

DEFENDANT TEL C.
THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES

12

13
CITY OF TACOMA, a Municipal
corporation; TEL C. THOMPSON, and
JOHN DOES 1-5 in their individual
capacities.

14

15

16
                    Defendants.

17

18
        COMES NOW Defendant Tel C. Thompson, by and through his attorney of record,

19
Shannon L. Trivett of Lasher Holzapfel Sperry & Ebberson, PLLC, hereby asserts that it has

20

21
a true just and complete defense to the claims asserted by the plaintiff. Insofar as it is necessary

22
to set the same forth in an answer, defendant Thompson answers as follows:

23
                    **I.    PARTIES**

24
        1.1     Denied. Upon reasonable investigation, defendant Thompson is unable to admit or

25

26
deny the allegations contained in paragraph 1.1 of plaintiff's complaint and hereby denies the

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

same.

1.2     Admitted in part; denied in part. Defendant Thompson admits that City of Tacoma is a Washington municipal entity. The remaining allegations are conclusions of law to which no response is required.

1.3     Admit.

1.4     Denied. Upon reasonable investigation, defendant Thompson is unable to admit or deny the allegations contained in paragraph 1.4 of plaintiff's complaint and hereby denies the same.

## II.     JURISDICTION AND VENUE

2.1     Denied. The allegations contained in paragraph 2.1 to plaintiff's complaint are conclusions of law to which no response is required.

2.2     Denied. Upon reasonable investigation, defendant Thompson is unable to admit or deny whether or when a claim for damages form was presented to the City of Tacoma and hereby denies the same.  The remaining allegations contained in paragraph 2.2 of plaintiff's complaint are conclusions of law to which no response is required.

## III.     JURY DEMAND

3.1     The allegation contained in paragraph 3.1 of plaintiff's complaint is a demand to which no response is required.

## IV.     STATEMENT OF FACTS

4.1     Admit.

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 2

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

4.2     Admitted in part; denied in part. Admit that defendant Thompson worked off-duty providing increased security at Fred Meyer locations in the City of Tacoma. Admit that defendant Thompson wore his police officer uniform and represented himself as a Tacoma Police Department officer while in this role. Any and all remaining allegations contained in paragraph 4.2 of plaintiff's complaint are specifically denied.

4.3     Admitted in part; denied in part. Admit that defendant Thompson worked off-duty to provide increased security at the 4505 South 19th Street Fred Meyer location in 2017. Admit that plaintiff worked as a Loss Prevention Manager for Fred Meyer at the same location. Any and all remaining allegations contained in paragraph 4.3 of plaintiff's complaint are specifically denied.

4.4     Denied.

4.5     Denied. Upon reasonable investigation, defendant Thompson is unable to admit or deny the allegations contained in paragraph 4.5 of plaintiff's complaint and hereby denies the same.

4.6     Denied. Defendant Thompson denies "a history of being overly confrontational and exhibiting inappropriate sexualized conduct." Upon reasonable investigation, defendant Thompson is unable to admit or deny what was reported to TPD, or what, if anything, TPD had notice of, and defendant Thompson denies the same.

4.7     Denied.

4.8     Denied.

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 3

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

4.9     Admitted in part; denied in part. Admit that defendant Thompson was providing security for the Fred Meyer store on South 19th Street on or around July 17, 2018. Admit that defendant Thompson was wearing his policy uniform and was in possession of his badge, handcuffs, flashlight, and firearm. Admit that as plaintiff entered the Loss Prevention office, defendant Thompson appeared from behind a door to surprise plaintiff has a joke. Deny that defendant Thompson's intent was to frighten or embarrass the plaintiff. All other allegations contained in paragraph 4.9 of plaintiff's complaint are denied.

4.10     Admitted in part; denied in part. Admit that plaintiff and defendant Thompson hugged and both stated how they missed the other. Admit that defendant Thompson poked the side of plaintiff's breast (outside of her shirt) in a quick jab-like motion as a joke. Plaintiff and defendant Thompson laughed about the interaction and continued work. Any and all remaining allegations contained in paragraph 4.10 of plaintiff's complaint are specifically denied.

4.11     Denied.

4.12     Denied.

4.13     Admitted in part; denied in part. Admit that defendant Thompson was terminated from the Tacoma Police Department.

4.14     Denied. Upon reasonable investigation, defendant Thompson is unable to admit or deny the allegations contained in paragraph 4.14 of plaintiff's complaint and hereby denies the same.

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 4

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## V.   CAUSES OF ACTION

**A.   FIRST CLAIM FOR RELIEF - 42 U.S.C. §1983**

5.1    Defendant Thompson herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.2    Denied. The allegations contained in paragraph 5.2 to plaintiff's complaint are conclusions of law to which no response is required.

5.3    Denied. The allegations contained in paragraph 5.3 to plaintiff's complaint are conclusions of law to which no response is required.

5.4    Denied. The allegations contained in paragraph 5.4 to plaintiff's complaint are conclusions of law to which no response is required.

5.5    Denied. The allegations contained in paragraph 5.5 to plaintiff's complaint are conclusions of law to which no response is required.

**B.   SECOND CLAIM FOR RELIEF - 42 U.S.C. §1983**

5.6    Defendant herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.7    Denied. The allegations contained in paragraph 5.7 to plaintiff's complaint are conclusions of law to which no response is required.

5.8    Denied. The allegations contained in paragraph 5.8 to plaintiff's complaint are conclusions of law to which no response is required.

5.9    Denied. The allegations contained in paragraph 5.9 to plaintiff's complaint are conclusions of law to which no response is required.

5.10    Denied. The allegations contained in paragraph 5.10 to plaintiff's complaint are conclusions of law to which no response is required.

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## C. THIRD CLAIM FOR RELIEF - NEGLIGENT AND GROSSLY NEGLIGENT HIRING, TRAINING, AND SUPERVISION OF EMPLOYEES AND AGENTS

5.11    Defendant herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.12    Denied. The allegations contained in paragraph 5.12 to plaintiff's complaint are conclusions of law to which no response is required.

5.13    Denied. The allegations contained in paragraph 5.13 to plaintiff's complaint are conclusions of law to which no response is required.

5.14    Denied. The allegations contained in paragraph 5.14 to plaintiff's complaint are conclusions of law to which no response is required.

## D. FOURTH CLAIM FOR RELIEF - ASSAULT AND BATTERY

5.15    Defendant herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.16    Denied. The allegations contained in paragraph 5.16 to plaintiff's complaint are conclusions of law to which no response is required.

5.17    Denied. The allegations contained in paragraph 5.17 to plaintiff's complaint are conclusions of law to which no response is required.

5.18    Denied. The allegations contained in paragraph 5.18 to plaintiff's complaint are conclusions of law to which no response is required.

5.19    Denied. The allegations contained in paragraph 5.19 to plaintiff's complaint are conclusions of law to which no response is required.

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

**E. FIFTH CLAIM FOR RELIEF - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

5.20    Defendant herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.21    Denied. The allegations contained in paragraph 5.21 to plaintiff's complaint are conclusions of law to which no response is required.

5.22    Denied. The allegations contained in paragraph 5.22 to plaintiff's complaint are conclusions of law to which no response is required.

5.23    Denied. The allegations contained in paragraph 5.23 to plaintiff's complaint are conclusions of law to which no response is required.

**F. SIXTH CLAIM FOR RELIEF - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

5.24    Defendant herein incorporates by reference the foregoing answer to plaintiff's complaint as if fully set forth herein at length.

5.25    Denied. The allegations contained in paragraph 5.25 to plaintiff's complaint are conclusions of law to which no response is required.

5.26    Denied. The allegations contained in paragraph 5.26 to plaintiff's complaint are conclusions of law to which no response is required.

**G. SEVENTH CLAIM FOR RELIEF- RESPONDEAT SUPERIOR**

5.27    Denied. The allegations contained in paragraph 5.27 to plaintiff's complaint are conclusions of law to which no response is required.

**AFFIRMATIVE DEFENSES**

BY WAY OF FURTHER ANSWER AND DEFENSE, and in an abundance of caution,

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 7

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Defendant Thompson asserts the following defenses and affirmative defenses, some or all of which may ultimately be supported by the facts to be revealed in the investigation of this case: **Upon request and after further investigation, if appropriate, defendant Thompson will withdraw those defenses that are unsupported by the facts revealed through further investigation, should there be any.**

1.     Plaintiff fails to state a claim upon which relief can be granted.

2.     Some or all of plaintiff's claims against defendant Thompson are barred because the plaintiff knowingly submitted to some or all of the conduct that the plaintiff alleges in her complaint.

3.     Plaintiff has failed to mitigate her damages, if any.

Defendant Thompson herein reserves the right to assert any supplemental pleading, any additional affirmative defenses, counterclaims or cross-claims which mature or are required subsequent to this answer.

### ANSWER TO PRAYER FOR RELIEF

THEREFORE, having fully answered plaintiff's complaint and asserted affirmative defenses, defendant Thompson prays for judgment against the plaintiff as follows:

A.     That plaintiff's claims be dismissed with prejudice;

B.     That defendant Thompson be awarded its reasonable costs and disbursements therein, including his attorney's fees and costs pursuant to RCW chapter 4.84, CR 11 or otherwise allowed by law;

C.     That the Court grant other such and further relief as the court deems necessary.

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1

2

Dated this 26th day of May, 2020.

3

4

                          LASHER HOLZAPFEL
SPERRY & EBBERSON, P.L.L.C.

5

6

                          *s/ Shannon L. Trivett*
Shannon L. Trivett, WSBA No. 46689

7

Robin Williams Phillips, WSBA No. 17947
601 Union, Suite 2600

8

Seattle, WA 98101
trivett@lasher.com

9

Phillips@lasher.com

10

**Attorneys for Defendant Tel C. Thompson**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 9

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1

## DECLARATION OF SERVICE

2

3      I declare under penalty of perjury of the laws of the State of Washington that on
the date signed below, I caused to be served a copy of the document to which this
Declaration is affixed upon the following:

4

5      *Attorneys for Plaintiff:*                    ☐ via Legal Messenger
                                                     ☐ via U.S. Mail, postage pre-paid
6                                                    ☐ via Facsimile
       Joshua R. Brumley, WSBA#49851                 ☒ via Electronic Service
7      Brumley Law PLLC
       1303 Central Avenue South, Suite 201
8      Kent. Washington 98032
       253-236-4079
9      Joshua@Brumleylawfirm.com

10

11     Nicholas B. "Cole" Douglas, WSBA#49786
       Loren A. Cochran, WSBA#32773                  ☐ via Legal Messenger
12     Cochran Douglas Law                           ☐ via U.S. Mail, postage pre-paid
                                                     ☐ via Facsimile
13     4826 Tacoma Mall Blvd, Suite C                ☒ via Electronic Service
       Tacoma, Washington 98409
14     253-472-7777
15     loren@cochrandouglas.com
       cole@cochrandouglas.com

16

17     *Attorney for City of Tacoma*

18                                                   ☐ via Legal Messenger
       Jean P. Homan, WSBA #27084                    ☐ via U.S. Mail, postage pre-paid
19     Tacoma City Attorneys Office                  ☐ via Facsimile
                                                     ☒ via Electronic Service
       747 Market St # 1120
20     Tacoma, WA 98402-3701
       jhoman@cityoftacoma.org
21     (253) 591-5629

22

23

24         DATED this 26th day of May, 2020.

25                                    *s/ Leslie B. Foltz*
                                      Leslie B. Foltz

26

DEFENDANT TEL C. THOMPSON'S ANSWER AND
AFFIRMATIVE DEFENSES - 10



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563