UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA J. LEEPER,

                Plaintiff,

v.

CITY OF TACOMA, et al.,

                Defendants.

No. 3:20-cv-5467 BHS-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiffs' Motion for Judgment Pursuant to Fed. R. Civ. P. 54(b) and Request for Stay Pending Appeal (Dkt. 57) is GRANTED, and Defendant Thompson's Motion to Dismiss (Dkt. 60) is DENIED WITHOUT PREJUDICE.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 2nd day of Jun, 2022.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1